No. 7464.

THE STATE EX REL. GOLDSMITH VS. JUDGE OF THE SIXTH COURT.

A prohibition will not be granted forbidding an inferior judge issuing a counter injunction. Such proceeding might be a basis for the plea of *lis pendens,* which must be pleaded in the lower court and judgment had thereon, before this court can consider it.

FOR a Prohibition.

Benedict vs. Fitzpatrick.

*Belden & Duvigneaud* for Relator. *Blanc*, for Respondent.

Goldsmith had brought suit against the city of New Orleans, and obtained an injunction forbidding her from collecting a license of $25.00 from him on his business of keeper of a coffee-house with theatrical performances. Immediately thereafter the same judge granted an injunction to the city forbidding Goldsmith from carrying on his business without a license. He then applied for this writ of prohibition, alleging that this same matter was pending in his suit against the city, and that the lower court was thus injoining its own orders and injunctions.

MARR, J. This would be fully covered by the plea of *lis pendens*, which might have been set up and passed on in the lower court on a motion to dissolve the last injunction, and could thus be properly presented to this court on appeal, but not otherwise.

*Writ refused.*